

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00057-CV

———————————————

ROSALINDA A. BARAJAS, Appellant

V.

GLODANNIC, INC., RED LEAF SERVICING, AND SOURCE CAPITAL
FUNDING, INC., Appellees

---

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-318339-20

---

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

**MEMORANDUM OPINION**

Pro se appellant Rosalinda A. Barajas attempts to appeal from the trial court's December 15, 2021 "Summary Judgment." Because no postjudgment motion was filed, Barajas's notice of appeal was due on January 14, 2022. *See* Tex. R. App. P. 26.1. Barajas filed her notice of appeal on February 10, 2022—twenty-seven days after the appellate deadline. *See id.*

The deadline for filing a notice of appeal is jurisdictional; without a timely filed notice of appeal or a timely filed extension request, we must dismiss the appeal. *See* Tex. R. App. P. 25.1(b), 26.1, 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Here, Barajas's notice of appeal was untimely, and she did not request an extension. *See* Tex. R. App. P. 26.1, 26.3. We thus notified the parties of our concern that we lacked jurisdiction over this appeal. We warned them that unless Barajas or any other party desiring to continue the appeal filed a response showing grounds for continuing the appeal, we could dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3.

Barajas has filed several responses, none of which show grounds for continuing the appeal.[1] Because Barajas's notice of appeal was untimely, we dismiss this appeal

---

[1]To the extent that Barajas's February 22, 2022 response can be read to imply that she did not receive timely notice of the trial court's judgment or that she did not have actual knowledge of the judgment's signing, it does not appear that she has utilized Rule 306a(5) of the Texas Rules of Civil Procedure to gain additional time to file a notice of appeal. *See* Tex. R. App. P. 4.2(a)(1), (b); Tex. R. Civ. P. 306a(5).

for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Verburgt*, 959 S.W.2d at 617.

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered:  April 21, 2022